UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TONY BALL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-2193 (RWR) |
| MICHAEL CHERTOFF, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In light of the notice of related cases accompanying the plaintiff's complaint, it is hereby

ORDERED that the plaintiff file a memorandum on or before December 27, 2007 offering detailed support for his claim that the alleged retaliation was due in part to his participation in the <u>Moore, et al. v. Chertoff</u> (00-cv-953) class action.

SIGNED this 12th day of December, 2007.

                                                  /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge