IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TONY BALL

Plaintiff,

Civil Action No.1:07cv02193 (RWR)

v.

MICHAEL CHERTOFF, SECRETARY
DEPARTMENT OF HOMELAND SECURITY

Defendant.

---

**PROOF OF SERVICE**

Attached hereto are return receipt cards from the United States Postal Service reflecting service of the summons and complaint by certified mail on the defendant herein, as well as the Attorney General and the United States Attorney, as provided in F.R.Civ.P. 4(i). Service on the United States Attorney was effected on December 6, 2007.

Richard A. Salzman, 422497
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293-8090

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proof of Service was served by first class mail, postage prepaid on December 6, 2007 to:

Michael Chertoff, Secretary
Department of Homeland Security
245 Murray Lane/RDS
Washington, DC 20528-0300

__________________________
Richard A. Salzman



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0004 1112 4725**
Detailed Results:

- **Delivered, December 10, 2007, 7:46 am, WASHINGTON, DC 20528**
- **Arrival at Unit, December 10, 2007, 2:49 am, WASHINGTON, DC 20022**
- **Acceptance, December 06, 2007, 12:16 pm, WASHINGTON, DC 20036**

< Back    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.28 |

Postmark Here

DEC 6 2007

Sent To Michael Chertoff, Secretary
Street, Apt. No.; or PO Box No. Dept of Homeland Security 245 Murray Lane/EPS
City, State, ZIP+4 Washington, DC 20528-0300

PS Form 3800, June 2002 See Reverse for Instructions

7003 3110 0004 1112 4725