IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


TONY BALL


             Plaintiff,

                              Civil Action No.1:07cv02193 (RWR)

   v.

MICHAEL B. MUKASEY
ATTORNEY GENERAL OF THE UNITED STATES


             Defendant.

_____

### PROOF OF SERVICE

Attached hereto are return receipt cards from the United States Postal Service reflecting

service of the summons and complaint by certified mail on the defendant herein, as well as the

Attorney General and the United States Attorney, as provided in F.R.Civ.P. 4(i).  Service on the

United States Attorney was effected on December 6, 2007.


                           _____
                           Richard A. Salzman, 422497
                           HELLER, HURON, CHERTKOF
                           LERNER, SIMON & SALZMAN
                           1730 M Street, NW
                           Suite 412
                           Washington, DC 20036
                           (202) 293-8090

                           Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proof of Service was served by first class mail, postage

prepaid on December 6, 2007 to:


Attorney General of the United States
Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530-0001


_____
Richard A. Salzman

**U.S. Postal Service**

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.44 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.28 |

Postmark Here    DEC - 6 2007

Sent To
Michael B. Mukasey, Atty Gen of the US
Street, Apt. No.; or PO Box No.  US Dept of Justice
950 Pennsylvania Ave, NW
City, State, ZIP+4
Washington DC 20530-0001

PS Form 3800, June 2002                    See Reverse for Instructions

7003 3110 0004 1112 4701

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036-4517

RECEIVED DEC 1 3 2007   RECEIVED DEC 1 0 2007

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey
Atty General of the US
U.S. Dept of Justice
950 Pennsylvania Ave NW
Washington DC
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery
DEC 1 0 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 1112 4701

PS Form 3811, August 2001      Domestic Return Receipt      102595-01-M-0381

Re: Ball/Johnson