IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TONY BALL

              Plaintiff,

                                                           Civil Action No.1:07cv02193 (RWR)

   v.

JEFFREY A. TAYLOR, U.S. ATTORNEY
 FOR THE DISTRICT OF COLOMBIA
UNITED STATES DEPARTMENT OF JUSTICE

              Defendant.
_____

## PROOF OF SERVICE

Attached hereto are return receipt cards from the United States Postal Service reflecting service of the summons and complaint by certified mail on the defendant herein, as well as the Attorney General and the United States Attorney, as provided in F.R.Civ.P. 4(i).  Service on the United States Attorney was effected on December 6, 2007.

                                            _____
                                            Richard A. Salzman, 422497
                                            HELLER, HURON, CHERTKOF
                                            LERNER, SIMON & SALZMAN
                                            1730 M Street, NW
                                            Suite 412
                                            Washington, DC 20036
                                            (202) 293-8090

                                            Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proof of Service was served by first class mail, postage prepaid on December 6, 2007 to:

       Jeffrey A. Taylor
       U.S. Attorney for the District of Columbia
       U.S. Department of Justice
       555 4th Street, NW
       Washington, DC  20530

_____
Richard A. Salzman

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here  DEC -6 2007

7003 3110 0004 1112 4718

Sent To: Jeffrey A. Taylor / US attorney for the
Street, Apt. No.; or PO Box No.: District of Columbia
US Dept of Justice
555 4th St, NW, Judiciary Center
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, June 2002                See Reverse for Instructions

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036-4517

RECEIVED DEC 13 2007   RECEIVED DEC 1 0 2007

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
US attorney for the
District of Columbia
Judiciary Center
555 4th St, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DEC 10 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0004 1112 4718

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-0381

Re: Ball / Johnson