IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY BALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-2193 |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) |
| U.S. Department of Homeland | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

## PRAECIPE

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov