UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY BALL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security, )<br>)<br>Defendant )<br>) | Civil Action No. 07-2193 (RWR) |

**<u>SUBSTITUTION OF COUNSEL</u>**

The Clerk of the Court will please enter the appearance of Harry B. Roback, Assistant United States Attorney, as counsel of record for the defendant in this action. The Clerk of the Court will please withdraw Benton Gregory Peterson as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2008, I caused the foregoing Substitution of Counsel to be served on counsel for plaintiff by the court's Electronic Filing System (ECF):

**Richard A. Salzman**
HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN, PLLC
1730 M Street, NW
Suite 412
Washington, DC 20036

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309