UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA JOHNSON,<br>      Plaintiff<br><br>      v.<br><br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security,<br>      Defendant. | )<br>)<br>)<br>)<br>)   Civ. A. No. 07-2192 (RWR)<br>)<br>)<br>)<br>)<br>) |
| TONY BALL,<br>      Plaintiff<br><br>      v.<br><br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security,<br>      Defendant. | )<br>)<br>)<br>)<br>)   Civ. A. No. 07-2193 (RWR)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report pursuant to the Court's April 18, 2008 Order. The parties have attempted to settle this case during the past two months. Specifically, the parties and their counsel met for several hours with a mediator on May 19, 2008. Counsel for the parties also had subsequent discussions with the mediator. Unfortunately, the parties were unable to reach a mutually agreeable resolution to this matter. Therefore, the parties request that the Court enter the attached scheduling order, which is consistent with the Rule 16.3 Report that the parties filed on March 20, 2008.

Respectfully submitted,

         /s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309

Counsel for Defendant

/s/
Richard A. Salzman   (# 422497)
Douglas B. Huron   (#89326)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, PLLC
1730 M Street, N.W., Suite 412
Washington, DC 20036
(202) 293-8090

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA JOHNSON,<br>　　　　Plaintiff<br><br>　　　　v.<br><br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security,<br>　　　　Defendant. | Civ. A. No. 07-2192 (RWR) |
| TONY BALL,<br>　　　　Plaintiff<br><br>　　　　v.<br><br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security,<br>　　　　Defendant. | Civ. A. No. 07-2193 (RWR) |

**SCHEDULING ORDER**

It is hereby ORDERED that the following deadlines shall apply in the above-captioned cases:

| EVENT | Deadline |
|---|---|
| Plaintiff's identification of experts | August 19, 2008 |
| Defendant's identification of experts | October 20, 2008 |
| Discovery closes | December 19, 2008 |
| Dispositive motions | January 19, 2009 |
| Responses to dispositive motions | February 19, 2009 |
| Replies in support of dispositive motions | March 19, 2009 |

Date: _____                    _____
　　　　　　　　　　　　　　　　　　　　United States District Judge